880

■

**NATIONWIDE INSURANCE COMPANY, Appellant,**

v.

**Walter R. STINNETT, Appellee.**

Court of Appeals of Kentucky.

Dec. 13, 1974.

J. R. Woodson, Jr., Louisville, for appellant.

Keith U. Laurin, E. Michael Runner, Harvin & Runner, Louisville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

■

**COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,**

v.

**Glen RICHARDS and Violet Richards, wife, et al., Appellees.**

Court of Appeals of Kentucky.

Dec. 13, 1974.

Carl T. Miller, Jr., Gen. Counsel, Dept. of Highways, Frankfort, Jerry W. Nall, Nall & Stephens, Owensboro, for appellant.

John W. Beard, Beard, Rummage & Kamuf, Owensboro, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

■

**Adair COX et al., Appellants,**

v.

**Jim PASSMORE et al., Appellees.**

Court of Appeals of Kentucky.

Dec. 13, 1974.

Davis Williams, Munfordville, for appellants.

J. D. Craddock, III, Munfordville, Carroll M. Redford, Jr., Glasgow, Glay E. Maggard, Munfordville, for appellees.

Memorandum Opinion of the Court by Special Commissioner J. BRANDON PRICE, Affirming.*

■

**Hazel O. SHELBOURNE, Appellant,**

v.

**Mary Elizabeth SHELBOURNE, Appellee.**

Court of Appeals of Kentucky.

Dec. 13, 1974.

William L. Shadoan, Wickliffe, for appellant.

H. W. Roberts, Jr., Clinton, J. Henry Martin, Bardwell, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.